AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

__Western__ _____ DISTRICT OF___ Oklahoma _____

UNITED STATES OF AMERICA

**V.**

John C. Johnson
2413 NW Williams
Lawton, OK  73505

## CRIMINAL COMPLAINT

CASE NUMBER: 03m - 1674e

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___July 19, 2003___ in COMANCHE_____ county, in the

WESTERN_____ District of OKLAHOMA_____ defendant, did,

within the jurisdiction of the United States at the Fort Sill, Oklahoma, Military Reservation, have in his possession a controlled substance, to wit: a quantity of marijuana,

in violation of Title _21___ United States Code, Section(s) ____844_____ .

I further state that I am a(n) Special Asst US Attorney and that this complaint is based on the following facts:

Official Title

A Military Police report stating that, at approximately 4:59 a.m. on July 19, 2003, during a command directed gate check at Bentley Gate on the Fort Sill, Oklahoma Military Reservation, a plastic bag containing a green, leafy substance was found inside the defendant's sock. The substance later field-tested positive for marijuana.

Witnesses:  Officer Wilburn E. Rice, Investigator Micue, Officer Michael D. Yarbrough.

Continued on the attached sheet and made a part of hereof:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

**2-4-04**
DATE

at

Shon T. Erwin, US Magistrate Judge
Name & Title of Judicial Officer

Signature of Complainant CPT, JA
Special Assistant US Attorney

LAWTON, OKLAHOMA
City and State

Signature of Judicial Officer